FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2018 NOV -8 PM 4: 01

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

------------------------------------------X

NAOMI SHENEMAN,

                Plaintiff,

                - against -

ANNE ARUNDEL MEDICAL CENTER, INC., ANNE
ARUNDEL MEDICAL CENTER COLLABORATIVE
CARE NETWORK, LLC, and ANNE ARUNDEL MEDICAL
CENTER FOUNDATION,

                Defendants.

------------------------------------------X

17 Civ. 3812 (ELH)

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by the attorneys for Plaintiff, NAOMI SHENEMAN and Defendants, Anne Arundel Medical Center, Inc., Anne Arundel Medical Center Collaborative Care Network, LLC, and Anne Arundel Medical Center Foundation, Inc. (together, "Defendants"), that this proceeding is hereby dismissed with prejudice and that the parties shall bear their own costs and attorneys' fees.

Date: November 8, 2018

STRAVITZ LAW FIRM, P.C.

By: _____
Eric N. Stravitz (Bar No. 23610)
4300 Forbes Boulevard, Suite 100
Lanham, MD 20706
Ph: (240) 467-5741
eric@stravitzlawfirm.com
*Attorneys for Plaintiff, Naomi Sheneman*

EPSTEIN BECKER & GREEN, P.C.

By: _____
Frank C. Morris, Jr. (Bar No. 05157)
1227 25th Street, NW
Washington, D.C. 10177
Ph: (202) 861-1880
fmorris@ebglaw.com
*Attorneys for Defendants, Anne Arundel Medical Center, Inc., Anne Arundel Medical Center Collaborative Care Network, LLC, and Anne Arundel Medical Center Foundation, Inc.*

EISENBERG & BAUM, LLP

By _____
Andrew Rozynski
24 Union Square East
New York, New York 10003
ph: (212) 353-8700
arozynski@EandBLaw.com
*Attorneys for Plaintiff, Naomi Sheneman*

SO ORDERED:

_____
Hon. Ellen L. Hollander, U.S.D.J.

Date: 11/8/18

15